UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PRETRIAL CONFERENCE MINUTES

| | |
|---|---|
| Huntington National Bank,<br><br>    Plaintiff,<br><br>v.<br><br>Physician's Auditing and,<br>Billing Services Inc., et al.,<br><br>    Defendants. | **COURT MINUTES**<br>BEFORE:  David T. Schultz<br>United States Magistrate Judge<br><br>Case Nos.  22-cv-2271 (JWB/DTS)<br>Date:        February 8, 2023<br>Location:    Courtroom 9E<br>Time Commenced: 9:00 am<br>Time Concluded:   9:15 am<br>Total Time:     15 minutes |

APPEARANCES:

    Plaintiff:    Mark Schroeder

    Defendant:    Mark Thompson

PROCEEDINGS:

    Pretrial scheduling conference held.


    s/TJB
    Courtroom Deputy